# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Alston, Christopher M. | 2. Court or Organization  U.S. Bankruptcy Court, Western District of Washington | 3. Date of Report  01/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☑ Initial  ☐ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2015 |

**7. Chambers or Office Address**

700 Stewart Street
Suite 6301
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Foster Pepper PLLC |
| 2. Vice President and Treasurer | Puget Sound Trustee Services, Inc. |
| 3. Director | Women's Funding Alliance |
| 4. Director | Center for Children & Youth Justice |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 01/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Foster Pepper PLLC - member draws | $342,000.00 |
| 2. 2014 | Foster Pepper PLLC - member draws | $336,225.00 |
| 3. 2015 | Foster Pepper PLLC - member draws | $180,554.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express-Traditional Green | Credit card | K |
| 2. | American Express--SPG | Credit Card | K |
| 3. | Bank of America | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 01/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual: Whole Life Policy | B | Int./Div. | K | T | Exempt | | | | |
| 2. Fidelity® Contrafund® | A | Dividend | L | T | Exempt | | | | |
| 3. Merger Institutional | A | Dividend | L | T | Exempt | | | | |
| 4. T. Rowe Price International Discovery | A | Dividend | K | T | | | | | |
| 5. T. Rowe Price Equity Income | A | Dividend | K | T | Exempt | | | | |
| 6. American Funds Capital World Bond F2 | A | Dividend | K | T | Exempt | | | | |
| 7. Berkshire Hathaway Inc Class B | A | Dividend | K | T | Exempt | | | | |
| 8. PIMCO CommoditiesPLUS® Strategy Instl | A | Dividend | K | T | Exempt | | | | |
| 9. Nuveen Large Cap Growth Opps I | A | Dividend | K | T | Exempt | | | | |
| 10. T. Rowe Price Real Estate | A | Dividend | K | T | Exempt | | | | |
| 11. PIMCO Total Return Active ETF | A | Dividend | K | T | Exempt | | | | |
| 12. Harbor International Investor | A | Dividend | J | T | Exempt | | | | |
| 13. PIMCO 1-5 Year US TIPS ETF | A | Dividend | J | T | Exempt | | | | |
| 14. American Funds Europacific Growth F1 | A | Dividend | J | T | Exempt | | | | |
| 15. Royce Total Return Invmt | A | Dividend | J | T | Exempt | | | | |
| 16. Oak Ridge Small Cap Growth I | A | Dividend | J | T | Exempt | | | | |
| 17. T. Rowe Price Real Estate Adv | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alston, Christopher M. | 01/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lazard Emerging Markets Equity Instl | A | Dividend | J | T | Exempt | | | | |
| 19. T. Rowe Price Small-Cap Value | A | Dividend | J | T | Exempt | | | | |
| 20. Vanguard Inflation-Protected Secs Inv | A | Dividend | J | T | Exempt | | | | |
| 21. Loomis Sayles Bond Instl | A | Dividend | J | T | Exempt | | | | |
| 22. American Funds Capital World Bond F1 | A | Dividend | J | T | Exempt | | | | |
| 23. Nuveen Large Cap Growth Opps A | A | Dividend | J | T | Exempt | | | | |
| 24. T. Rowe Price Equity Income Adv | A | Dividend | J | T | Exempt | | | | |
| 25. PIMCO Commodity Real Ret Strat Instl | A | Dividend | J | T | Exempt | | | | |
| 26. Fidelity® Government Cash Reserves | A | Dividend | J | T | Exempt | | | | |
| 27. Merger Investor | A | Dividend | J | T | Exempt | | | | |
| 28. Loomis Sayles Bond Retail | A | Dividend | J | T | Exempt | | | | |
| 29. PIMCO Low Duration Instl | A | Dividend | J | T | Exempt | | | | |
| 30. Oak Ridge Small Cap Growth A | A | Dividend | J | T | Exempt | | | | |
| 31. Fidelity Municipal Money Market | A | Dividend | J | T | Exempt | | | | |
| 32. PIMCO Low Duration Active ETF | A | Dividend | J | T | Exempt | | | | |
| 33. T. Rowe Price High Yield Adv | A | Dividend | J | T | Exempt | | | | |
| 34. Eaton Vance Bond A | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential High-Yield A | A | Dividend | J | T | Exempt | | | | |
| 36. T. Rowe Price Small-Cap Value Adv | A | Dividend | J | T | Exempt | | | | |
| 37. PIMCO Commodity Real Ret Strat D | A | Dividend | J | T | Exempt | | | | |
| 38. PIMCO CommoditiesPLUS® Strategy D | A | Dividend | J | T | Exempt | | | | |
| 39. Lazard Emerging Markets Equity Open | A | Dividend | J | T | Exempt | | | | |
| 40. Royce Total Return Svc | A | Dividend | J | T | Exempt | | | | |
| 41. Fidelity® Contrafund® K | A | Dividend | | | Exempt | | | | |
| 42. American Funds Europacific Growth F2 | B | Dividend | L | T | Exempt | | | | |
| 43. Harbor International Institutional | B | Dividend | L | T | Exempt | | | | |
| 44. Dodge & Cox Income | B | Dividend | L | T | Exempt | | | | |
| 45. PIMCO Total Return Instl | B | Dividend | K | T | Exempt | | | | |
| 46. Templeton Global Bond A | B | Dividend | K | T | Exempt | | | | |
| 47. California ScholarShare 529-Passive Age-Based Portfolio 5-8 | A | Dividend | | | Exempt | | | | |
| 48. California ScholarShare 529-Passive Age-Based Portfolio 9-10 | A | Dividend | J | T | Exempt | | | | |
| 49. California ScholarShare 529-Passive Diversified Equity Portfolio | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alston, Christopher M.** | 01/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Personal Information, Section 6: amending reporting period to end 12/31/15
2) Part I, Positions, line 2, the entity is not a trust but is a corporation formed under Washington law.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher M. Alston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544